# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SYLVESTER TOWNSEND,

    Petitioner,

  v.                                        Case No. 06-C-0171

CATHY JESS, Warden,
Dodge Correctional Facility,

    Respondent.

**ORDER DENYING PETITIONER'S REQUEST FOR RECONSIDERATION**

    On March 7, 2006, this court issued an "Order on Rule 4 Review and Order Denying Motion for Appointment of Counsel" in this habeas corpus proceeding. Thereafter, on March 14, 2006, the petitioner, Sylvester Townsend ("Townsend"), filed a letter in which he requests that the court reconsider its order denying his request for appointed counsel. On April 18, 2006, the respondent filed her answer to Townsend's petition. Having now reviewed the respondent's answer and having considered the petitioner's letter of March 14, 2006, I remain satisfied that Townsend is capable of fairly presenting arguments in support of his federal habeas corpus petition and that "the interests of justice [do not] require," 18 U.S.C. § 3006(a)(2)(B), appointing counsel for him in this federal habeas corpus proceeding.

    **NOW THEREFORE IT IS ORDERED** that the petitioner's request for reconsideration be and hereby is **DENIED**.

**SO ORDERED** this 25th day of April 2006, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge
